LYNN HUBBARD, III (CA SBN 69773)
SCOTTLYNN J. HUBBARD, IV (CA SBN 212970)
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, California 95926
Telephone: 530-895-3252
Facsimile: 530-894-8244
usdcso@hubslaw.com

Attorneys for Plaintiff Lary Feezor

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>            Plaintiff,<br><br>      v.<br><br>SD BELL, INC. dba TACO BELL #3837; GOLDEN EAGLE MANAGEMENT, LLC,<br><br>            Defendants. | Case No. 08cv0199 JM (BLM)<br><br>**JOINT MOTION for EXTENSION of TIME for DEFENDANT SD BELL, INC. to FILE a RESPONSIVE PLEADING to PLAINTIFF'S COMPLAINT** |

**PLEASE TAKE NOTICE** that plaintiff Lary Feezor ("plaintiff") and defendant SD Bell, Inc. dba Taco Bell #3837 ("defendant") hereby jointly move the Court for an Order allowing defendant an extension of time in which to file a responsive pleading to plaintiff's Complaint up to and including March 21, 2008.

Said extension of time is supported by good cause in that the Parties are in the process of settling this matter and request the additional time to complete the settlement process.

Dated: March 4, 2008                    DISABLED ADVOCACY GROUP, APLC


 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff Lary Feezor


Dated: March 3, 2008                    FISHER & PHILLIPS, LP


 /s/ Amy Lessa
AMY LESSA
Attorney for Defendant SD Bell, Inc.