# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br>SD BELL, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 08 CV 0199 JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |

　　　Having read the parties' joint motion, and good cause appearing therefor, the court hereby **GRANTS** the joint motion for extension of time. Defendant SD Bell, Inc. dba Taco Bell #3837 shall file its answer on or before March 21, 2008.

　　　IT IS SO ORDERED.

DATED: March 5, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties