| | | | For Court Use Only |
|---|---|---|---|
| *Attorney or Party without Attorney:*<br>LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>*Telephone No:* 530 895-3252    *FAX No:* 530 894-8244 | | | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court Southern District Of California

*Plaintiff:* LARY FEEZOR
*Defendant:* SD BELL INC

| **PROOF OF SERVICE**<br>**S&C USDC** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV0199JM(BLM) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;

3. a. *Party served:*         SD BELL, INC. DBA TACO BELL #3837
   b. *Person served:*      MARIA SANCHEZ-PROCESS CLERK-AUTHORIZED TO ACCEPT

4. *Address where the party was served:*       CT CORPORATION
                                               818 WEST 7TH STREET
                                               LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 11, 2008 (2) at: 9:10AM

7. *Person Who Served Papers:*                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GARY HANSEN C.C.P.S.                    d. *The Fee for Service was:*    $15.00

   **HANSEN'S GUARANTEED PROCESS CO.**      e. I am: (3) registered California process server
   8607 IMPERIAL HWY. SUITE #206
   DOWNEY, CA 90242                               *(i)* Owner
   (562)904-9460, FAX (562)904-9462              *(ii) Registration No.:*    2988
   gary@hansensguaranteed.com                     *(iii) County:*            Los Angeles
   www.hansensguaranteed.com                      *(iv) Expiration Date:*    Fri, Sep. 12, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Feb. 13, 2008

**Judicial Council Form**                   **PROOF OF SERVICE**
Rule 982.9.(a)&(b) Rev January 1, 2007           **S&C USDC**              (GARY  HANSEN C.C.P.S.)        3252.17278