Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor, | Case No. 08cv0199 JM (BLM) |
| Plaintiff, | |
| vs. | **Notice of Settlement** |
| SD Bell, Inc., et al., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Feezor v. SD Bell, Inc., et al.,* Case No. 08cv0199 JM (BLM), has been resolved. The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: March 21, 2008          DISABLED ADVOCACY GROUP, APLC


 */s/ Lynn Hubbard, Esquire          /*
LYNN HUBBARD, III
Attorney for Plaintiff

*Feezor v. SD Bell, Inc..*, et al., 08cv0199 JM (BLM)
Notice of Settlement

Page 1