UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FEEZOR,<br><br>             Plaintiff,<br>v.<br><br>SD BELL, INC., et al.,<br><br>             Defendants. | Case No. 08cv199-JM (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT,<br>VACATING EARLY NEUTRAL<br>EVALUATION CONFERENCE, AND<br>SETTING DEADLINE TO FILE JOINT<br>MOTION FOR DISMISSAL** |

On March 21, 2008, parties to the above matter filed a Notice of Settlement, stating that they had resolved the case, and anticipated filing a Joint Motion for Dismissal within four weeks. Doc. No. 9. Therefore, the Early Neutral Evaluation set for April 8, 2008, Doc. No. 5, is hereby **VACATED**.

A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **April 24, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov

for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **April 24, 2008**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **April 29, 2008** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

DATED: April 4, 2008

*[signature: Barbara L. Major]*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JEFFREY T. MILLER
U.S. DISTRICT JUDGE

ALL COUNSEL

---

(follow link for "General Order 550, Procedural Rules for Electronic Case Filing").