1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  JAMES MUNAK, SBN 48382
   LAW OFFICES of JAMES S. MUNAK
8  2775 Via de la Valle, Suite 200
   Del Mar, CA 92014
9  Telephone: (858) 509-1067
   Fax: (858) 755-1639

10 Attorney for Defendant
   Golden Eagle Management, LLC
11

12

13

14                 UNITED STATES DISTRICT COURT

15                SOUTHERN DISTRICT OF CALIFORNIA

16

17 LARY FEEZOR,                        Case No. 08cv0199 JM (BLM)

18        Plaintiff,
                                       **JOINT MOTION FOR DISMISSAL**
19 v.

20 SD BELL, INC., et al.,

21        Defendants.
   _____/

22

23

24

25

26

27

28

Joint Motion for Dismissal                    *Feezor v. SD Bell, Inc., et al.*
Case No. 08cv0199 JM (BLM)

1    PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is hereby jointly

2   requested, by plaintiff, LARY FEEZOR, and defendant, GOLDEN EAGLE MANAGEMENT,

3   LLC, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-

4   entitled action pursuant to Fed. R. Civ. P. 41.

5        The dismissal with prejudice shall dismiss the action in its entirety.

6

7

8   Dated:   April 17, 2008          DISABLED ADVOCACY GROUP, APLC

9
                                     /s/ Lynn Hubbard, III
10                                   LYNN HUBBARD, III
                                     Attorney for Plaintiff
11

12
    Dated:   April 17, 2008          LAW OFFICES of JAMES S. MUNAK
13

14
                                     /s/ James Munak
15                                   JAMES MUNAK
                                     Attorney    for    Defendant    Golden    Eagle
16                                   Management, LLC

17

18

19

20

21

22

23

24

25

26

27

28