1

<u>PROOF OF SERVICE</u>

2  STATE OF CALIFORNIA, COUNTY OF BUTTE

3       I, Lynn Hubbard, III, am employed in the aforesaid County; I am over the age
of 18 years and not a party to the within action; my business address is 12
4  Williamsburg Lane, Chico, Butte County, California 95926.

5       On April 17, 2008, I caused to be served the document(s) described as:
**JOINT MOTION FOR DISMISSAL** on the interested parties in this action as follows:
6

On all parties identified for Notice of Electronic Filing generated by the Court's
7  CM/ECF filing system under the above referenced case number and case caption
on this date in the following manner:
8

The following is a procedure in which service of this document was effected:
9

10 (xx )   ELECTRONIC SERVICE - by causing the document to be served via the
          Court's ECF Filing System.
11 (  )    OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered
          overnight via an overnight delivery service in lieu of delivery by mail to the
          addressee(s).
12 (  )    FAX - by transmitting pursuant to Rules 2001 et seq., the above-described
          document(s) by facsimile machine (which complied with Rule 2003(3)).  The
13        transmission originated from facsimile phone number (530) 894-8244, and
          was reported complete without error.  The facsimile machine properly issued
14        a transmission report.
15 (  )    PERSONAL SERVICE - by causing to be delivered such document by hand
          to the offices of the addressee(s).

16

17      I declare under penalty of perjury under the laws of the State of California that
the foregoing is true and correct.
18

19 DATED: April 17, 2008              /s/ Lynn Hubbard, III
                                      LYNN HUBBARD, III
20

21

22

23

24

25

26

27

28

Joint Motion for Dismissal                          *Feezor v. SD Bell, Inc., et al.*
                          - 3 -                      Case No. 08cv0199 JM (BLM)