# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>　　　　　Plaintiff,<br>vs.<br>SD BELL, INC., et al.,<br><br>　　　　　Defendant. | CASE NO. 08 CV 0199 JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pursuant to the parties' joint motion and for good cause show, the court hereby **DISMISSES** this action with prejudice. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

DATED: April 18, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　United States District Judge**